IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br><br>VS.<br><br><br>ANNETTE ELISABETH CORCORAN<br>    Defendant | )<br>)<br>)<br>)<br>)   Criminal No.05cr20138-1-P<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER ON CHANGE OF PLEA

This cause came to be heard on **APRIL 15, 2005**, the United States Attorney for this district, **Frederick Godwin**, appearing for the Government and the defendant, **ANNETTE ELISABETH CORCORAN,** appearing in person and with counsel, **Marty McAfee**, who represented the defendant.

The defendant entered a plea of GUILTY to the Misdemeanor Information on Count 1.

Plea colloquy was held and the Court accepted the guilty plea.

**ENTERED** this the 15 day of April, 2005.

*[signature]*

Tu M. Pham
**UNITED STATES MAGISTRATE JUDGE**

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-20-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CR-20138 was distributed by fax, mail, or direct printing on April 20, 2005 to the parties listed.

---

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Tu Pham
US DISTRICT COURT